Announced Wednesday, June 16.

38726. The State, ex rel. Paul J. Lynch v. James A. Rhodes et al., Ohio Sinking Fund Commissioners, et al. In Mandamus. Writ denied.

38765. Bevy's Cleaners & Shirt Laundry, Inc., appellee v. Louis Streble et al., appellants. Cuyahoga County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38887. Frank E. Lomicka, appellant v. Donald B. Leach, Admr., Bureau of Unemployment Compensation, appellee. Franklin County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

38915. John Lyons, appellee v. Vivian Lyons, appellant. Hancock County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39116. James R. Atwell et al., Council of Village of Willoughby Hills, appellants v. Board of Park Commrs. of Cleveland Metropolitan Park District et al., appellees. Appeal from the Board of Tax Appeals. Decision affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Schneider and Van Nostran, JJ., concur.

39157. Robert Wolfrum, appellee v. Michael R. Wolfrum, a Minor, et al., appellants, et al. Defiance County. Appeal from the Court of Appeals. Judgment reversed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39391. Randale, Inc., appellant v. Donald D. Cook, Dir., Dept. of Liquor Control, et al., appellees. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39402. Edward Minshall, appellee v. Sewall O. Jackson et al., appellants. Fairfield County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider, and Brown, JJ., concur.

39403. J. D. Pieper, appellant v. Sharff's, Inc., appellee. Licking County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias and O'Neill, JJ., concur.

39430. Georgia L. Ostenkamp, Exrx., appellant v. Kenneth Arnold et al., appellees. Montgomery County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39439. Empire Wholesale Lumber Co., appellee v. Charles T. Pickup, appellant. Summit County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39445. Charles Barrios, appellant v. Halle Brothers Co. et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Schneider and Brown, JJ., concur.

39457. Elizabeth Baptist Church, appellee v. Ben Apelbaum et al., appellants. Summit County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39416. The Lathrop Co., appellant v. City of Toledo, appellee. Lucas County.

39428. In re Appropriation for Hwy. Purposes: Director of Highways appellant v. Katherine Olrich et al., appellees. Lucas County.

39431. Stanley Oberlin, appellee v. David Friedman, appellant. Lucas County.

39503. Gillen-Grow Pharmacies, Inc., appellee v. Mike Mandzak et al., appellees; Fashion Fair, Inc., et al., appellants. Butler County.

39504. Eva H. Popham, appellant v. Industrial Commission of Ohio, appellee. Franklin County.

39336. Republic-Franklin Ins. Co., appellant v. Douglas S. Olt et al., appellees. Montgomery County.